UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SUSANNE CEREVKA,

Plaintiff,

- against –

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

Defendant.

-------------------------------------------------------------x

Docket No. 1:26-cv-05282-RFT

**ORDER**

**WHEREAS** the Plaintiff filed a motion requesting that the Court grant a sixty (60) day extension of time to file the Plaintiff's Brief; It is hereby

**ORDERED** that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by November 23, 2026. Defendant's Brief is due January 22, 2027, and Plaintiff's Reply Brief is due February 5, 2027.

The Clerk of Court is respectfully requested to terminate ECF 10.

Dated: September 22, 2026
New York, NY

**SO ORDERED**

[signature]

ROBYN F. TARNOFSKY
United States Magistrate Judge