UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SUSANNE CEREVKA,

Plaintiff,

- against –

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

Defendant.
------------------------------------------------------------x

Docket No. 1:26-cv-05282-RFT

**ORDER**

**WHEREAS** the Plaintiff filed a motion requesting that the Court grant a thirty (30) day extension of time to file the Plaintiff's Brief; It is hereby

**ORDERED** that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by December 23, 2026.

**IT IS FURTHER ORDERED** that the Defendant shall file Defendant's Brief by February 21, 2027, and the Plaintiff shall file Plaintiff's Reply Brief, if any, by March 7, 2027.

The Clerk of Court is respectfully requested to terminate ECF 12.

Dated: November 23, 2026
New York, NY

**SO ORDERED**

ROBYN F. TARNOFSKY
United States Magistrate Judge